FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DORA S.,<br><br>             Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | No. 1:18-CV-03081-MKD<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>**ECF Nos. 18, 22** |

BEFORE THE COURT is the parties' Stipulated Motion for Remand, ECF No. 22, of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney D. James Tree represents Plaintiff. Attorney Daphne Banay represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7. After considering the file and proposed order, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulated Motion for Remand, **ECF No. 22**, is **GRANTED**.

    2. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

ORDER - 1

On remand the administrative law judge (ALJ) shall: reevaluate the severity of Plaintiff's obesity and urinary impairments; consider Plaintiff's literacy and ability to communicate in English; consider the opinion evidence; consider Plaintiff's symptom claims; reevaluate Plaintiff's residual functional capacity; reconsider, with the assistance of a vocational expert, the nature and requirements of Plaintiff's past relevant work; and conduct a de novo hearing and issue a new decision.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 18,** is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter judgment**, and **CLOSE THE FILE**.

DATED December 18, 2018.

s/Mary K. Dimke
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE